JUDGE DURKIN
MAGISTRATE JUDGE COX

18CR 684

PROB 22
(Rev. 09/12)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court): 2:16cr72-001

DOCKET NUMBER (Rec. Court):

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Genaro Galindo | Northern Indiana | Hammond |

NAME OF SENTENCING JUDGE: Rudy Lozano

DATES OF SUPERVISION — FROM: 2/6/2018   TO: 2/5/2020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify the foregoing is a
true copy of the original on file in
[...] and cause.
[...] RGOVICH, CLERK
10/2/18

OFFENSE: Felon in Possession of A Firearm

✓ FILED
OCT 10 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS upon that Court's Order of Acceptance of Jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Oct. 2, 2018
Date

S/James T. Moody
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probation or supervised releasee be accepted and assumed by this Court from and after the entry of this Order.

10/10/18
Effective Date

United States District Judge

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ LESLEY FAIRLEY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
October 17, 2018